Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 28, 2024

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GERARDO RODRIGUEZ-MONTOYA,<br><br>and<br><br>JOSE FRANCISCO MAYO-ENRIQUEZ,<br><br>　　　　　Defendants. | NO. **CR24-042 JNW**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

**(Illegal Alien in Possession of Firearm)**

On or about November 15, 2023, in King County, within the Western District of Washington, JOSE GERARDO RODRIGUEZ-MONTOYA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus 380, that had been shipped and transported in interstate and foreign commerce.

Indictment - 1
*United States v. Rodriguez-Montoya et al.*
USAO No. 2024R00128

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 2

### (Illegal Alien in Possession of Firearm)

On or about April 6, 2023, in King County, within the Western District of Washington, JOSE GERARDO RODRIGUEZ-MONTOYA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Fabrinor Vitoria Llama Max I, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 3

### (Possession of a Controlled Substance with Intent to Distribute)

On or about April 6, 2023, in King County, within the Western District of Washington, JOSE GERARDO RODRIGUEZ-MONTOYA did knowingly and intentionally possess, with the intent to distribute, controlled substances, including: heroin, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

### (Illegal Alien in Possession of Firearm)

On or about November 15, 2023, in King County, within the Western District of Washington, JOSE FRANCISCO MAYO-ENRIQUEZ, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting

Indictment - 2
*United States v. Rodriguez-Montoya et al.*
USAO No. 2024R00128

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

interstate and foreign commerce, a firearm, to wit: a Glock Model 20, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses alleged in Counts 1 and 2, JOSE GERARDO RODRIGUEZ-MONTOYA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition that were used or involved in the offense.

Upon conviction of the offense alleged in Count 3, JOSE GERARDO RODRIGUEZ-MONTOYA shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property that constitutes or derives from proceeds of the offense and any property used to commit or to facilitate commission of the offense.

Upon conviction of the offense alleged in Count 4, JOSE FRANCISCO MAYO-ENRIQUEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition that were used or involved in the offense.

Indictment - 3
*United States v. Rodriguez-Montoya et al.*
USAO No. 2024R00128

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or,

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:  2/28/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
MARCI L. ELLSWORTH
Assistant United States Attorney

_____
ERIKA EVANS
Assistant United States Attorney

Indictment - 4
*United States v. Rodriguez-Montoya et al.*
USAO No. 2024R00128

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970